## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**RHONDA D. MORTON**                                                      **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 3:07cv246 DPJ-JCS**

**SUNNYBROOK ESTATES,**
**CGI MANAGEMENT, Inc.**                                               **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

---

This cause is before the Court on the *ore tenus* motion of the Plaintiff and the Defendant, Sunnybrook Estates, to dismiss the Plaintiff's claims asserted against Sunnybrook Estates in the above-styled civil action with prejudice.  The Court, having considered the Motion finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**  that all claims asserted against Sunnybrook Estates in this civil action are hereby dismissed with prejudice.  Each party is to bear its own costs.

SO ORDERED AND ADJUDGED this the 23th day of January, 2008.

> *s/ Daniel P. Jordan III*____
> UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

*/s/ Nick Norris*_____
Nick Norris

Counsel for the Plaintiffs


/s/ *Joan L. Lucas*
Joan L. Lucas
Counsel for Sunnybrook Estates